**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: ROBERT J. BRINDISI, SR. § Case No. 06-71894
      TINA M. BRINDISI § 
      §
      Debtors § 

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/16/2006.

2) The plan was confirmed on 02/06/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/02/2009.

5) The case was dismissed on 10/09/2009.

6) Number of months from filing or conversion to last payment: 32.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,600.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 14,387.50 |
| Less amount refunded to debtor | $ 0.00 |
| **NET RECEIPTS** | **$ 14,387.50** |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 687.23 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 995.53 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | **$ 1,682.76** |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GLEASON & MACMASTER | Lgl | 2,500.00 | 2,500.00 | 2,500.00 | 687.23 | 0.00 |
| A/R CONCEPTS | Uns | 348.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Uns | 373.00 | NA | NA | 0.00 | 0.00 |
| ADI PEDIATRIC BEHAVIORAL | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 3,100.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHERD | Uns | 31.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED FINANCIAL | Uns | 11,382.00 | NA | NA | 0.00 | 0.00 |
| ALL AMERICAN CASH ADVANCE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE INC. | Uns | 536.00 | NA | NA | 0.00 | 0.00 |
| AMCORE | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN ADJUSTMENT BUREAU | Uns | 1,260.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS | Uns | 111.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 100.00 | 1,161.02 | 1,161.02 | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| BUSINESS REVENUE SYSTEMS INC | Uns | 32.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 900.00 | 940.88 | 940.88 | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 50.00 | 394.73 | 394.73 | 0.00 | 0.00 |

Document    Page 3 of 6

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CERTEGY | Uns | 397.73 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SVC | Uns | 1,125.00 | NA | NA | 0.00 | 0.00 |
| CHECK RECOVERY SYSTEMS | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| CHECK RECOVERY SYSTEMS | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCE | Uns | 13,577.00 | 8,856.49 | 8,856.49 | 62.07 | 0.00 |
| CITY OF CHICAGO DEPARTMENT | Uns | 200.00 | 860.00 | 860.00 | 0.00 | 0.00 |
| COMCAST | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CAPITAL | Uns | 350.00 | 328.64 | 328.64 | 0.00 | 0.00 |
| CREDIT MANAGEMENT CONT | Uns | 542.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECT ASSOC | Uns | 461.00 | NA | NA | 0.00 | 0.00 |
| CROSS CHECK | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT | Uns | 85.53 | NA | NA | 0.00 | 0.00 |
| DUNSDEMAND | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| EXPRESS SCRIPTS | Uns | 58.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 390.00 | 390.21 | 390.21 | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Uns | 427.00 | NA | NA | 0.00 | 0.00 |
| HAIDER MEDICAL GROUP | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORP | Uns | 2,902.00 | 1,668.13 | 1,668.13 | 0.00 | 0.00 |
| MED BUSI BUR | Uns | 3,120.00 | NA | NA | 0.00 | 0.00 |
| MORAINE EMERGENCY | Uns | 310.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE COMMERCIAL LLP | Sec | 576.00 | 591.53 | 150.00 | 150.00 | 0.00 |
| NATIONWIDE COMMERCIAL LLP | Uns | 0.00 | 0.00 | 441.53 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 313.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Uns | 11.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 380.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 29.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Uns | 1,400.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 128.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEDICAL | Uns | 16.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICE | Uns | 26.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE MCHENRY | Uns | 782.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE | Sec | 10,332.00 | 10,815.66 | 10,815.66 | 10,815.66 | 1,619.89 |
| SAFEWAY | Uns | 54.86 | 79.86 | 79.86 | 0.00 | 0.00 |
| SENEX SRVCS | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Uns | 338.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SPORTS PHYSICAL THERAPY & | Uns | 75.70 | NA | NA | 0.00 | 0.00 |
| SW CRDT SYS | Uns | 542.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Uns | 450.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 0.00 | 1,208.64 | 1,208.64 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Uns | 0.00 | 965.04 | 965.04 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | 57.12 | 57.12 | 57.12 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 30.00 | 30.00 | 0.00 | 0.00 |
| T-MOBILE | Uns | 0.00 | 341.50 | 341.50 | 0.00 | 0.00 |
| T-MOBILE | Uns | 0.00 | 137.52 | 137.52 | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 0.00 | 266.53 | 266.53 | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 0.00 | 1,428.46 | 1,428.46 | 0.00 | 0.00 |
| NORTHERN ILLINOIS MEDICAL | Uns | 0.00 | 162.42 | 162.42 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

.

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,815.66 | $ 10,815.66 | $ 1,619.89 |
| All Other Secured | $ 150.00 | $ 150.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,965.66 | $ 10,965.66 | $ 1,619.89 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 57.12 | $ 57.12 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 57.12 | $ 57.12 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 19,661.60 | $ 62.07 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 1,682.76 | |
| Disbursements to Creditors | $ 12,704.74 | |
| **TOTAL DISBURSEMENTS:** | | $ 14,387.50 |

UST Form 101-13-FR-S (9/1/2009)

Case 06-71894    Doc 41    Filed 01/05/10    Entered 01/05/10 09:34:12    Desc Main

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  12/29/2009             By:  /s/ Lydia S. Meyer
                                     Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)